DAVID D. LIN (DL-3666)
LAUREN VALLI (LV-7672)
**LEWIS & LIN, LLC**
81 Prospect Street, Suite 8001
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
David@iLawco.com
Lauren@iLawco.com

*Counsel for Plaintiffs*

DR. MUHAMMAD MIRZA and
ALLIED MEDICAL AND DIAGNOSTIC SERVICES, LLC

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DR. MUHAMMAD MIRZA and ALLIED MEDICAL AND DIAGNOSTIC SERVICES, LLC,<br><br>*Plaintiffs*,<br><br>vs.<br><br>JOHN DOE #1 a/k/a John D., a Yelp.com user, JOHN DOE #2 a/k/a Elizabeth M., a Yelp.com user, JOHN DOE #3 a/k/a Robert R. a Yelp.com user, JOHN DOE #4 a/k/a Zoe C., a Yelp.com user, JOHN DOE #5 a/k/a Caroline P., a Yelp.com user, JOHN DOE #6 a/k/a Yelena P., a Yelp.com user, JOHN DOE #7 a/k/a Lana W., a Yelp.com user, JOHN DOE #8 a/k/a Zin N., a Yelp.com user, JOHN DOE #9 a/k/a Carly D., a Yelp.com user,<br><br>*Defendants*. | Case No: 1:20-cv-09877-PGG-KNF<br><br>**[PROPOSED ORDER] GRANTED PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY PURSUANT TO Fed. R. Civ. P. 26** |

THIS MATTER, having been opened to the Court by Lewis & Lin, LLC, attorneys for

Plaintiffs and for good cause shown;

IT IS on this _____ day of _____, 2021,

ORDERED, that Plaintiffs' motion is GRANTED;

IT IS FURTHER ORDERED that Plaintiffs' may serve third-party subpoenas pursuant to Federal Rule of Civil Procedure 45 in order to identify Defendants.

Dated: _____, 2021        _____
                                              Hon. Kevin N. Fox