# LEWIS & LIN LLC

Brett E. Lewis  
David D. Lin  

Michael D. Cilento  
Roberto Ledesma  
Justin Mercer  
Lauren Valli  

77 Sands Street, 6th Floor  
Brooklyn, NY 11201  

Tel: (718) 243-9323  
Fax: (718) 243-9326  

www.iLawco.com  

Writer's email: David@iLawco.com

MEMO ENDORSED:
The application is granted. The initial pretrial conference scheduled for October 28, 2021 is adjourned to **January 6, 2022 at 10:30 a.m.**

SO ORDERED.

*[signature]*

Paul G. Gardephe  
United States District Judge  
Dated: September 20, 2021

**VIA ECF**  
Hon. Paul G. Gardephe  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, NY 10007

*Dr. Muhammad Mirza and Allied Medical and Diagnostic Services, LLC*  
*v. John Does #1-9*, Civil Action No. 1:20-cv-09877-PGG-KNF

Dear Judge Gardephe:

     I am counsel for Dr. Muhammad Mirza and Allied Medical Diagnostic Services, LLC ("Plaintiffs"), which sought leave to conduct discovery aimed at identifying the John Doe defendants ("Defendants") so that they might be named in the Complaint. The time period to serve the Complaint expires on September 21, 2021. Now, Plaintiffs seek an extension of time to serve Defendants pursuant to Rule 4(m).

     Plaintiffs brought this action on November 23, 2020 against Defendants for defamation and tortious interference with contracts. As alleged in the Complaint, Defendants created or caused to be created certain Defamatory Reviews for the purpose of publishing false statements about Plaintiffs which are, upon information and belief, still active online and viewed by thousands of visitors daily.

     On February 18, 2021, Plaintiffs filed a motion to request expedited discovery pursuant to Judge Fox's Order. *See* ECF Doc. Nos. 7-10. That motion was denied without prejudice and Plaintiffs have filed a new motion seeking expedited discovery. *See* ECF Doc. Nos. 18-21. While that motion is pending and without the ability to continue with the requested expedited

LEWIS & LIN LLC

discovery, Plaintiffs have no way to identify the Defendants and prevent them from continuing their abusive, defamatory and harmful activity online.

  Plaintiffs posit that good cause exists to extend the time to serve Defendants and respectfully requests the same. We therefore request that the Court allow for an additional 90 days after the Court issues an order on Plaintiffs' motion to serve the Defendants. Plaintiffs previously sought an extension of time to serve. *See* ECF Doc. Nos. 14, 15.

        Respectfully submitted,

        _____
        David D. Lin